**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

February 17, 2010

Gerald J. Monahan, Esq.
175 Washington Avenue
First Floor, Suite 12
Dumont, NJ 07628

Lawrence H. Briscoe, Esq.
Cohen, Seglias, Pallas, etc.
30 S. 17th Street, 19th Street
Philadelphia, PA 19103

**AMENDED LETTER ORDER**

    Re:    **Robles v. U.S. Environmental, et al.**
             **Civil Action No.  09-2377 (SDW)**

Dear Counsel:

    A settlement conference is rescheduled for **Thursday, May 6, 2010 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the court an ex parte letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel are to be present at the conference.  Clients with full settlement authority shall be present at the conference or available by telephone.

    Fact discovery is extended to **April 30, 2010.**

    **SO ORDERED.**

                                           s/Madeline Cox Arleo
                                         **MADELINE COX ARLEO**
                                         **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        All Parties
        File